Sorial v. Robinhood My name is Fadi Sorial, I'm a pharmacist. On April 11, 2024, I came to the Prozac room in this building. I gave the clerk, Zach, 14,786 pages exhibits. In the judgment of Judge Jennifer Rochon, document 35, page 3, she wrote 500 pages. So the judges told 14,286 pages. On May 10, 2024, I went to the Prozac room in the other building when they transferred for apparel. The clerk sent clerk Zach. I gave him three documents, a motion, 52 pages report written on it, motion for default judgment, defendant fraud on the court. With that motion, there was two other exhibits. One of them was 80 pages, a previous Robinhood fraud against Shenra that I reported, and it was denied after five minutes. By permanently disqualified arbitrators. That document on May 10, 2024, this 52 pages, the lawyer himself of Robinhood kept emailing me about it, and he made me go to the clerk on May 24. And that lawyer knew that that document was stolen by the judge, Judge Robin Tarnowski. Her husband is getting substantial ongoing money from the defendant Robinhood in related cases. Attached with that document, Your Honor, was a motion that was denied the 80 pages. There is 40 pages from those 80 pages missing. Making it when Your Honor tried to read the last pages, you won't understand that the two judges committed obstruction of justice, tampering of evidence, fraud report of recommendation or fraud document certified to hide that Robinhood committed seven federal crimes. Robinhood is guilty of fraud taxes. From the first day we opened the margin account, October 15, 2020, me and my brother, this was the first day we opened margin in our life with the broker Robinhood. The broker committed theft by deception, theft of two investment accounts. Higher equity, fraud equity, is money laundry. That's what I'm saying. The defendant, in fact, in his brief, the lawyer Peter Throne totally defrauded Your Honor by hiding two things. First, he wrote prior money to the judge, and her judge was getting money on April 1, 2025. Her husband is a legal lawyer. I'll get to that part. The seven crimes committed by Robinhood are theft by deception, fraud of taxes in three years, money laundry. Why fraud? Because Robinhood was sending theft by deception and why fraud? Both of those crimes were the emails. The lawyer was sending emails requesting money on fraud equity. So the lawyer was committing fraud cash withdrawals. Those fraud cash withdrawals, Your Honor, are exposed in oversized 37-1, the margin percentage. You will see, Your Honor, every time there's margin percentage, you can take from the overnight only quarter, not half. 37-11 oversized, 100 percent, only half, but quarter. They were doing fraud cash withdrawals. Mr. Suriel, I see your time is up. We have your papers, and I think your argument has been very helpful this morning. Thank you. We'll take the matter under advisement. Thank you for coming here and helping us, and we've read all of your papers very carefully. And we will go back into the comments to discuss it. Thank you.